UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILL SANDERS, III, and DEBRA ANN
PATTERSON,

        Plaintiffs,

v.

Case No. 09-13309

Honorable Patrick J. Duggan

GENERAL MOTORS CORPORATION,

        Defendant.
                                   /

## **JUDGMENT**

For the reasons set forth in an opinion issued this date and pursuant to 28 U.S.C. § 1915(e)(2), **IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE** as to Plaintiff Hill Sanders, III, and **DISMISSED WITHOUT PREJUDICE** as to Plaintiff Debra Ann Patterson.

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Date: August 26, 2009

copies to:
Hill Sanders, III
P.O. Box 292
Eastpointe, MI 48021